UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23461-CIV-ALTONAGA

**JUAN REINOSO**, *et al.*,

    Plaintiffs,
vs.

**A G C CONSULTING CIVIL ENGINEERS AND GENERAL CONTRACTORS, INC.**, *et al.*,

    Defendants.
_____/
**JOSE QUEZADA**, *et al.*,

    Plaintiffs,
vs.

**A G C CONSULTING CIVIL ENGINEERS AND GENERAL CONTRACTORS, INC.**, *et al.*,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** came before the Court on Defendants' Joint Motion to Reconsider . . . [ECF No. 159],[1] which the Court construes as a renewed motion for summary judgment ("Motion"); Defendants' Statement of Undisputed Material Facts ("Defendants' SMF") (*see* Mot. 3–5); Plaintiffs' Response to Defendants' Motion ("Second Response") [ECF No. 163]; and Plaintiffs' Statement of Disputed Facts ("Plaintiffs' SMF") [ECF No. 164].

    The parties' filings — yet again — are not well-taken. For starters, Defendants' SMF and Plaintiffs' SMF each contain citations to deposition transcripts that have not been refiled or,

---

[1] The present Motion was filed after the Court rejected Defendants' earlier attempt (*see* Joint Motion to Reconsider [ECF No. 157]) at having the Court reconsider its denial of a combined motion for summary judgment (*see* Order [ECF No. 154]) without Defendants complying with Local Rule 56.1(a) (*see* Order [ECF No. 158]).

in Plaintiffs' case, even identified as part of a previous filing in the record. The Court will not comb through the record looking for evidence the parties rely on to support their respective positions.

Defendants' SMF is also substantively inadequate, as evidenced by the fact Defendants' Motion claims certain facts are "undisputed," but no corresponding facts appear in Defendants' SMF; and Defendants cite to so-called "record" evidence rather than their SMF. (*See* Mot. 10 ("It is undisputed that AGC solely and exclusively determined the number of workers hired, which particular employees worked where, and who performed which task." (citing various deposition transcripts))). This manner of presentation defeats the purpose of Local Rule 56.1, a rule which serves "to make review of summary judgment motions less burdensome to the Court." S.D. Fla. L.R. 56.1 cmts. (2008); *see also Carolina Acquisition, LLC v. Double Billed, LLC*, No. 07-61738-CIV, 2009 WL 1298362, at *1 (S.D. Fla. May 8, 2009). It is also inconsistent with determining the appropriateness of summary judgment. *See Phillips v. City of Dawsonville*, 499 F.3d 1239, 1241 (11th Cir. 2007) ("Summary judgment is appropriate *when no genuine issue of material fact exists* and the moving party is entitled to judgment as a matter of law." (emphasis added)). Both the Court and the litigants are served well by adhering closely to the requirements of the Local Rule.[2]

Finally, the Court notes notwithstanding the earlier striking (*see* July 6, 2015 Order [ECF No. 162]) of Plaintiffs' unprofessional and incomplete "Response" [ECF No. 161] to

---

[2] Plaintiffs' Response also cites to record evidence rather than Plaintiffs' SMF. (*See* Resp. 2 ("There can be no question but that KHS&S exercised extensive control over the work performed by AGC." (citing various deposition transcripts))). As for Plaintiffs' SMF, in certain instances it disputes facts without citing any evidence at all in support. (*See* Pls.' SMF ¶ 2).

CASE NO. 12-23461-CIV-ALTONAGA

Defendants' Motion, Plaintiffs' Second Response fails to respond to the arguments raised by Defendants on an argument-by-argument basis. In less than one day following the July 6, 2015 Order, Plaintiffs merely cobbled together a two-paragraph factual response to Defendants' eight-page analysis that addresses the issue whether Defendants are joint employers. Plaintiffs' briefings are wholly deficient; and frankly, border on contemptible given the Court's earlier instructions to Plaintiffs.

Based on the foregoing, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 159]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of July, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record